**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District Of California
(State)

Case number (*If known*): ______________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name** — iCRco, Inc.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN) — 32-0113601

4. **Debtor's address**

   **Principal place of business**

   26 Coromar Drive
   Number Street

   Goleta CA 93117
   City State ZIP Code

   Santa Barbara
   County

   **Mailing address, if different from principal place of business**

   Number Street

   P.O. Box

   City State ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number Street

   City State ZIP Code

5. **Debtor's website** (URL) — http://www.icrco.com/en-us

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: ______________

Debtor iCRco, Inc. Case number (if known)
Name

**7. Describe debtor's business**

A. *Check one:*

- [x] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the above

B. *Check all that apply:*

- [ ] Tax-exempt entity (as described in 26 U.S.C. § 501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__ __ __ __

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply*:
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- [x] No
- [ ] Yes. District ______ When ______ (MM / DD / YYYY) Case number ______
  District ______ When ______ (MM / DD / YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- [x] No
- [ ] Yes. Debtor ______ Relationship ______
  District ______ When ______ (MM / DD / YYYY)
  Case number, if known ______

Debtor iCRco, Inc.
Name

Case number (if known)

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? ______
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other ______

**Where is the property?** ______
Number Street

______
City State ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes. Insurance agency ______

  Contact name ______

  Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- [ ] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| [x] 1-49 | [ ] 1,000-5,000 | [ ] 25,001-50,000 |
| [ ] 50-99 | [ ] 5,001-10,000 | [ ] 50,001-100,000 |
| [ ] 100-199 | [ ] 10,001-25,000 | [ ] More than 100,000 |
| [ ] 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| [ ] $0-$50,000 | [x] $1,000,001-$10 million | [ ] $500,000,001-$1 billion |
| [ ] $50,001-$100,000 | [ ] $10,000,001-$50 million | [ ] $1,000,000,001-$10 billion |
| [ ] $100,001-$500,000 | [ ] $50,000,001-$100 million | [ ] $10,000,000,001-$50 billion |
| [ ] $500,001-$1 million | [ ] $100,000,001-$500 million | [ ] More than $50 billion |

Debtor iCRco, Inc.
Name

Case number (if known)

16. **Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sept/20/2016
MM / DD / YYYY

✘ [signature]
Signature of authorized representative of debtor

Stephen Neushul
Printed name

Title Chief Executive Officer

18. **Signature of attorney**

✘ William C. Beall
Signature of attorney for debtor

Date 9/20/16
MM / DD / YYYY

William C. Beall
Printed name

Beall & Burkhardt, APC
Firm name

1114 State Street, Suite 200
Number Street

Santa Barbara
City

CA
State

93101
ZIP Code

(805) 966-6774
Contact phone

Will@Beallandburkhardt
Email address

97100
Bar number

CA
State

**Fill in this information to identify the case:**

Debtor name iCRco, Inc.

United States Bankruptcy Court for the: Central District Of California

Case number (If known): ____________

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | AGFA HealthCare NV<br>Septestraat 272640<br><br>Mortsel, Belgium | | Trade debt | | | | $258,815.69 |
| 2 | AGFA<br>Mail Code 5583<br>P. O. Box 105046<br>Atlanta, GA30348-5046 | | Trade debt | | | | $75,518.36 |
| 3 | Cambridge Technology, Inc.<br>PO Box 415775<br><br>Boston, MA02241 | | Trade debt | | | | $32,830.00 |
| 4 | Littler Mendelson<br>PO BOX 45547<br><br>San Francisco, 94145 | | | | | | $30,439.43 |
| 5 | Gemini Mfg & Eng, Inc.<br>1020 East Vermont Ave.<br><br>Anaheim, CA92805 | | Trade debt | | | | $25,695.20 |
| 6 | Lin Engineering<br>16245 Vineyard Blvd<br><br>Morgan Hill, CA95037 | | Trade debt | | | | $23,555.68 |
| 7 | JSI Customized Logistics Sol.<br>1535-B Rollins Road<br><br>Burlingame, CA94010 | | Trade debt | | | | $13,672.17 |
| 8 | Force Fabrication Inc.<br>2233 Statham Blvd.<br><br>Oxnard, CA93033 | | Trade debt | | | | $11,297.50 |

Debtor iCRco, Inc. Case number (if known)
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | ERC Co.<br>"2970 E. Maria St. Rancho Domin<br><br>Compton, CA90221 | | Trade debt | | | | $9,621.72 |
| 10 | TWI Group<br>PO Box 60086<br><br>Las Vegas, NV89160 | | Trade debt | | | | $7,446.52 |
| 11 | Consiliant Technologies LLC<br>15375 Barranca Parkway, A-111<br><br>Irvine, CA92618 | | Trade debt | | | | $5,300.00 |
| 12 | American Express<br>BOX 0001<br><br>Los Angeles, CA90096 | | | | | | $5,149.04 |
| 13 | Almag Aluminum Inc<br>22 Finley Road<br><br>Brampton, ONL6T 1A9 Canada | | | | | | $4,155.14 |
| 14 | Trump Card<br>30012 Ivy Glenn Drive, Suite 220<br><br>Laguna Niguel, CA92677 | | Trade debt | | | | $3,042.31 |
| 15 | Allied Tri Valley X-Ray<br>18307 Septo Street<br><br>Northridge, CA91325 | | | | | | $3,000.00 |
| 16 | IED Group Inc.<br>2630 S . Shannon St.<br><br>Santa Ana, CA92704 | | Trade debt | | | | $2,566.00 |
| 17 | Air-sea Forwarders, Inc.<br>PO Box 90637<br><br>Los Angeles, CA90009 | | Trade debt | | | | $2,533.37 |
| 18 | One Way Industrial Supply, Inc<br>302 Pine Ave<br><br>Goleta, CA93117 | | Trade debt | | | | $1,826.00 |
| 19 | Sealeze - A Unit of Jason, Inc<br>22465 Network Place<br><br>Chicago, IL60673-2246 | | | | | | $1,820.00 |
| 20 | Engineered Source, Inc<br>1577 E. Saint Gertrude Pl.<br><br>Santa Ana, CA92705 | | Trade debt | | | | $1,816.25 |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| William C. Beall<br>Beall & Burkhardt, APC<br>1114 State Street, Suite 200<br>Santa Barbara, California 93101<br>Phone: (805) 966-6774<br>Fax: (805) 963-5988<br>Bar No.: 97100<br><br>[x] *Attorney for:* iCRco, Inc. | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re:<br>iCRco, Inc.<br><br>Debtor. | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

- [ ] Petition, statement of affairs, schedules or lists — Date Filed: ____
- [ ] Amendments to petition, statement of affairs, schedules or lists — Date Filed: ____
- [x] Other: Other initial filing documents — Date Filed: ____

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

*Signature of Authorized Signatory of Filing Party* — Date 9/20/16

Stephen Neushul
*Printed Name of Authorized Signatory of Filing Party*

CEO
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

William C. Beall 9/20/16

Signature of Attorney for Filing Party Date

William C. Beall

Printed Name of Attorney for Filing Party

UNITED STATES BANKRUPTCY COURT
Central District of California

In re:

iCRco, Inc.,

Debtor(s)

Case No. BKY

Chapter 11 Case

STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Stephen Neushul, declare under penalty of perjury that I am the Chief Executive Officer of iCRco, Inc., a California corporation and that on August 29, 2016 the following resolution was duly adopted by the Board of Directors of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Stephen Neushul, Chief Executive Officer of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Stephen Neushul, Chief Executive Officer of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Stephen Neushul, Chief Executive Officer of this corporation, is authorized and directed to employ William C. Beall, attorney and the law firm of Beall & Burkhardt, APC to represent the corporation in such bankruptcy case."

| | |
|---|---|
| Executed on: 9/20/16 | Signed: [signature] |
| [signature] | Stephen Neushul (*Name and Address of Subscriber*) |

# United States Bankruptcy Court
## Central District of California

In re **iCRco, Inc.** Case No.

Debtor. Chapter **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **iCRco, Inc.** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

OR,

__X__ There are no entities to report.

By: [signature]
**William C. Beall**
Signature of Attorney

Counsel for
Bar no.: **97100**
Address.: **1114 State Street, Suite 200**
**Santa Barbara, California 93101**

Telephone No.: **(805) 966-6774**
Fax No.: **(805) 963-5988**
E-mail address: **Will@Beallandburkhardt**

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LBR 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Santa Barbara, California**, California

Date: 9/20/16

[signature] CEO
Signature of Debtor

Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**William C. Beall**<br>**1114 State Street, Suite 200, Santa Barbara, California 93101**<br>**Phone: (805) 966-6774**<br>**Fax: (805) 963-5988**<br>**Bar No: 97100**<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - ___________** | |
| In re:<br><br>**iCRco, Inc.**<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(d)]** |

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 7 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 9/20/16 [signature] (iCRco CEO)
Debtor's signature

Date: ______________
Joint Debtor's signature (if applicable)

Date: 9/20/14 William C. Beall
Attorney's signature (if applicable)

iCRco, Inc.
26 Coromar Drive
Goleta, CA 93117

William C. Beall
1114 State Street, Suite 200
Santa Barbara, CA 93101

Abrisa Industrial Glass, Inc
c/o Cole Bank
P.O.Box 85055
Chicago, Il 60680

AGFA
Mail Code 5583
P. O. Box 105046
Atlanta, GA 30348-5046

AGFA HealthCare NV
Septestraat 272640
Mortsel, Belgium

Air-sea Forwarders, Inc.
PO Box 90637
Los Angeles, CA 90009

Allied Tri Valley X-Ray
18307 Septo Street
Northridge, CA 91325

Almag Aluminum Inc
22 Finley Road
Brampton, ON L6T 1A9 Canada

American Express
BOX 0001
Los Angeles, CA 90096

Arrow Electronics, Inc.
P.O. Box 350090
Boston, MA 02241

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197

Blakely, Sokoloff
12400 Wilshire Blvd.
Seventh Floor
Los Angeles, CA 90025-1026

Cambridge Technology, Inc.
PO Box 415775
Boston, MA 02241

CDW Direct, LLC
PO Box 75723
Chicago, Il 60675-5723

Citrix Systems Inc
File 50264
Los Angeles, CA 90074

City National Bank
2100 Park Place, Suite 150
El Segundo, CA, CA 90245

City National Bank
11 Golden Shore, Sixth Floor
Long Beach, CA 90802

Cole-Parmer
13927 Collections Center Drive
Chicago, IL 60693

Consiliant Technologies LLC
15375 Barranca Parkway, A-111
Irvine, CA 92618

Coromar Properties, LLC
26 Coromar Drive
Goleta, CA 93117

Digi-Key Corp
701 Brooks Ave. South
P. O. Box 677
Thief River Falls, MN 56701-0677

EAN SERVICES LLC
PO BOX 402334
Atlanta, GA 30384

Engineered Source, Inc
1577 E. Saint Gertrude Pl.
Santa Ana, CA 92705

ERC Co.
"2970 E. Maria St. Rancho Domin
Compton, CA 90221

Fluke / Unfors Raysafe Inc
6045 Cochran Road
Solon, OH 44139

Force Fabrication Inc.
2233 Statham Blvd.
Oxnard, CA 93033

FRONTIER
PO Box 740407
Cincinatti, OH 45274

Gemini Mfg & Eng, Inc.
1020 East Vermont Ave.
Anaheim, CA 92805

IED Group Inc.
2630 S . Shannon St.
Santa Ana, CA 92704

JSI Customized Logistics Sol.
1535-B Rollins Road
Burlingame, CA 94010

Lewellen And Best Exhibits
P.O BOX 2022
Aurora, IL 60507

Lin Engineering
16245 Vineyard Blvd
Morgan Hill, CA 95037

Littler Mendelson
PO BOX 45547
San Francisco, 94145

Mark Valentine
c/o Mark T. Kearney
3161 Michelson Drive, Suite 925
Irvine, CA 92612

MonoPrice.com
11701 6th Street
Rancho Cucamonga, CA 91730

One Way Industrial Supply, Inc
302 Pine Ave
Goleta, CA 93117

Orkin Franchise 925
225 Prado Rd, Suite C
San Luis Obispo, CA 93401

Praxair
Dept. LA 21511
Pasadena, CA 91185

Remington Pure
PO Box 800850
Santa Clarita, CA 91380

Sealeze - A Unit of Jason, Inc
22465 Network Place
Chicago, IL 60673-2246

Stephen Neushul
1195 Camino Manadero
Santa Barbara, CA 93111

Supertech
P.O. Box 186
Elkhart, IN 46515

TalentWise, Inc
PO Box 3876
Seattle, WA 98124

Tekra Corporation, c/o EIS,Inc
8084 Solutions Center
Chicago, IL 60677

The Tape Casting Warehouse
P.O. BOX 296
Morrisville, PA 19067

Thorlabs, Inc.
56 Sparta Ave
Newton, NJ 07860

Trump Card
30012 Ivy Glenn Drive, Suite 220
Laguna Niguel, CA 92677

TTS Logistics, Inc.
7556 Trade Street
San Diego, CA 92121

TWI Group
PO Box 60086
Las Vegas, NV 89160

UC Regents
501 Westwood Plaza
Box 951573
Los Angeles, CA 90095

Uline
PO. Box 88741
Chicago, IL 60680

Ultrafab, Inc.
1050 Hook Road
Farmington, NY 14425

Ventura Highway Inc
P.O.Box 90915
Los Angeles, CA 90009

**Fill in this information to identify the case:**

Debtor name iCRco, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (If known): ______________

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ 0.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ 4,541,443.27 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ 4,541,443.27 |

## Part 2: Summary of Liabilities

| | |
|---|---|
| 2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim*, at the bottom of page 1 of *Schedule D* | $ 4,821,897.13 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 6a of *Schedule E/F* | $ 0.00 |
| 3b. **Total amount of claims of non-priority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* | + $ 536,954.20 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ 5,358,851.33 |

**Fill in this information to identify the case:**

Debtor name iCRco, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (If known): ____________

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

2. **Cash on hand** $0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | City National Bank | Checking | 5 3 3 7 | $93,880.46 |
| 3.2. | City National Bank | Savings | 0 2 0 4 | $2.84 |

See Attachment 1: Additional Checking, Savings, Money Market, or Financial Brokerage Accounts
0

4. **Other cash equivalents** *(Identify all)*

4.1. ____________ $____________

4.2. ____________ $____________

5. **Total of Part 1** $103,466.10

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. Security Deposit $40,000.00

7.2. ____________ $____________

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. ______ $______
8.2. ______ $______

9. **Total of Part 2.** $40,000.00
Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $966,872.10 | – | $0.00 | = ....... ➔ | $966,872.10 |
| 11b. Over 90 days old: | $0.00 | – | $0.00 | = ....... ➔ | $0.00 |

12. **Total of Part 3** $966,872.10
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1. | | $ |
| 14.2. | | $ |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: / % of ownership: | | |
| 15.1. IMD-potential ownership claim ____% | | $Unknown |
| 15.2. ____% | | $ |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |
| 16.1. | | $ |
| 16.2. | | $ |

17. **Total of Part 4** $0.00
Add lines 14 through 16. Copy the total to line 83.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | | | | |
| | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | | | | |
| | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | | | | |
| | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. $ 3,025,405.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value ______ Valuation method ______ Current value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. $____________

34. **Is the debtor a member of an agricultural cooperative?**
- ☐ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes. Book value $__________ Valuation method ____________ Current value $__________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ☐ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☐ No. Go to Part 8.
- ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| | $ | | $ |
| 40. **Office fixtures** | | | |
| | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Used computers | $23,812.59 | Book | $23,812.59 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86. $23,812.59

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

Debtor iCRco, Inc. Case number (if known)
Name

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Machinery | $207,988.57 | Book | $207,988.57 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87. **$207,988.57**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☐ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 26 Coromar Drive, Goleta, CA 93117 | Leasehold | $ | | $0.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.** $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>Patents | $ 82,656.00 | Book | $ 82,656.00 |
| 61. **Internet domain names and websites**<br>icRco.com | $ | | $ 1.00 |
| 62. **Licenses, franchises, and royalties**<br>Software | $ 16,354.26 | Book | $ 16,354.26 |
| 63. **Customer lists, mailing lists, or other compilations**<br>Customer List | $ | | $ 1,000.00 |
| 64. **Other intangibles, or intellectual property**<br>Intangibles | $ 73,887.65 | Book | $ 73,887.65 |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.** $173,898.91

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

___ Total face amount — ___ doubtful or uncollectible amount = → $___

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

___ Tax year ___ $___
___ Tax year ___ $___
___ Tax year ___ $___

73. **Interests in insurance policies or annuities**

Key Man life insurance $0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

___ $___

**Nature of claim** ___

**Amount requested** $___

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Potential claim for legal malpractice $Unknown

**Nature of claim** ___

**Amount requested** $unliquidated

76. **Trusts, equitable or future interests in property**

___ $___

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

___ $___
___ $___

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90. $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $103,466.10 | | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $40,000.00 | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $966,872.10 | | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,025,405.00 | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** *Copy line 43, Part 7.* | $23,812.59 | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $207,988.57 | | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $173,898.91 | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $4,541,443.27 | + 91b. | $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. $4,541,443.27

# Attachment
## Debtor: iCRco, Inc. Case No:

Attachment 1: Additional Checking, Savings, Money Market, or Financial Brokerage Accounts

Institution: City National Bank
Account Type: IDRDISC Account
Last 4 Digits of Account Number: 3034
Value: $1,325.99

Institution: City National Bank
Account Type: Checking
Last 4 Digits of Account Number: 5345
Value: $0.00

Institution: Rabobank
Account Type: Checking
Last 4 Digits of Account Number: 3853
Value: $7,677.97

Institution: Deutsche Bank
Account Type: Checking
Last 4 Digits of Account Number: 4276
Value: $578.84

**Fill in this information to identify the case:**

Debtor name iCRco, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (If known): ____________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name** City National Bank

**Describe debtor's property that is subject to a lien** All Assets of Petitioner

Column A: $820,000.00 — Column B: $0.00

**Creditor's mailing address**
2100 Park Place, Suite 150
El Segundo, CA, CA 90245

**Describe the lien** Possessory, Nonpurchase-Money Security Interest

**Creditor's email address, if known** ____________

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Date debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is anyone else liable on this claim?**
- ☐ No
- ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.2 Creditor's name** Mark Valentine

**Describe debtor's property that is subject to a lien** Broadform Judgment lien

Column A: $4,001,897.13 — Column B: $23,812.59

**Creditor's mailing address**
See Attachment 1
Irvine, CA 92612

**Describe the lien** Judgment Lien

**Creditor's email address, if known** ____________

**Is the creditor an insider or related party?**
- ☒ No
- ☐ Yes

**Date debt was incurred** ____________

**Last 4 digits of account number** ____________

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines ____

**As of the petition filing date, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $4,821,897.13

Debtor iCRco, Inc. Case number (if known)
Name

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| City National Bank<br>11 Golden Shore, Sixth Floor<br>Long Beach, CA 90802 | Line 2. 1 | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |
| | Line 2. | |

# Attachment
Debtor: iCRco, Inc. Case No:

Attachment 1

c/o Mark T. Kearney, 3161 Michelson Drive, Suite 925

**Fill in this information to identify the case:**

Debtor iCRco, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (If known) ____________

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br>____________<br>**Date or dates debt was incurred** ____________<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** ____________<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ | $ |
| **2.2** **Priority creditor's name and mailing address**<br>____________<br>**Date or dates debt was incurred** ____________<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** ____________<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ | $ |
| **2.3** **Priority creditor's name and mailing address**<br>____________<br>**Date or dates debt was incurred** ____________<br>**Last 4 digits of account number** ____<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** ____________<br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ | $ |

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
Abrisa Industrial Glass, Inc
c/o Cole Bank P.O.Box 85055
Chicago, Il 60680

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$525.00

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.2 Nonpriority creditor's name and mailing address**
AGFA
Mail Code 5583 P. O. Box 105046
Atlanta, GA 30348-5046

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$75,518.36

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.3 Nonpriority creditor's name and mailing address**
AGFA HealthCare NV
Septestraat 272640
Mortsel, Belgium

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$258,815.69

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.4 Nonpriority creditor's name and mailing address**
Air-sea Forwarders, Inc.
PO Box 90637
Los Angeles, CA 90009

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,533.37

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.5 Nonpriority creditor's name and mailing address**
Allied Tri Valley X-Ray
18307 Septo Street
Northridge, CA 91325

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,000.00

**Basis for the claim:** ______

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.6 Nonpriority creditor's name and mailing address**
Almag Aluminum Inc
22 Finley Road
Brampton, ON L6T 1A9 Canada

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,155.14

**Basis for the claim:** ______

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7 Nonpriority creditor's name and mailing address**

American Express
BOX 0001
Los Angeles, CA 90096

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

$ 5,149.04

**3.8 Nonpriority creditor's name and mailing address**

Arrow Electronics, Inc.
P.O. Box 350090
Boston, MA 02241

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

$ 1,620.22

**3.9 Nonpriority creditor's name and mailing address**

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

$ 912.01

**3.10 Nonpriority creditor's name and mailing address**

Blakely, Sokoloff
12400 Wilshire Blvd. Seventh Floor
Los Angeles, CA 90025-1026

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

$ 1,240.32

**3.11 Nonpriority creditor's name and mailing address**

Cambridge Technology, Inc.
PO Box 415775
Boston, MA 02241

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

$ 32,830.00

Debtor iCRco, Inc. Case number (if known)
Name

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.12 **Nonpriority creditor's name and mailing address**
CDW Direct, LLC
PO Box 75723
Chicago, Il 60675-5723

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$853.92

3.13 **Nonpriority creditor's name and mailing address**
Citrix Systems Inc
File 50264
Los Angeles, CA 90074

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$686.86

3.14 **Nonpriority creditor's name and mailing address**
Cole-Parmer
13927 Collections Center Drive
Chicago, IL 60693

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$251.64

3.15 **Nonpriority creditor's name and mailing address**
Consiliant Technologies LLC
15375 Barranca Parkway, A-111
Irvine, CA 92618

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$5,300.00

3.16 **Nonpriority creditor's name and mailing address**
Digi-Key Corp
701 Brooks Ave. South P. O. Box 677
Thief River Falls, MN 56701-0677

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$236.13

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.17 **Nonpriority creditor's name and mailing address**

EAN SERVICES LLC

PO BOX 402334
Atlanta, GA 30384

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $484.28
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**

Engineered Source, Inc

1577 E. Saint Gertrude Pl.
Santa Ana, CA 92705

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $1,816.25
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**

ERC Co.

"2970 E. Maria St. Rancho Domin
Compton, CA 90221

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $9,621.72
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.20 **Nonpriority creditor's name and mailing address**

Fluke / Unfors Raysafe Inc

6045 Cochran Road
Solon, OH 44139

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $688.80
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.21 **Nonpriority creditor's name and mailing address**

Force Fabrication Inc.

2233 Statham Blvd.
Oxnard, CA 93033

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $11,297.50
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor iCRco, Inc. Case number (if known)
Name

**Part 2: Additional Page**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

3.22 **Nonpriority creditor's name and mailing address**
FRONTIER
PO Box 740407
Cincinatti, OH 45274

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$419.86

3.23 **Nonpriority creditor's name and mailing address**
Gemini Mfg & Eng, Inc.
1020 East Vermont Ave.
Anaheim, CA 92805

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$25,695.20

3.24 **Nonpriority creditor's name and mailing address**
IED Group Inc.
2630 S . Shannon St.
Santa Ana, CA 92704

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$2,566.00

3.25 **Nonpriority creditor's name and mailing address**
JSI Customized Logistics Sol.
1535-B Rollins Road
Burlingame, CA 94010

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$13,672.17

3.26 **Nonpriority creditor's name and mailing address**
Lewellen And Best Exhibits
P.O BOX 2022
Aurora, IL 60507

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$336.59

Debtor ICRco, Inc. Case number (if known)
Name

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.27 Nonpriority creditor's name and mailing address**

Lin Engineering
16245 Vineyard Blvd
Morgan Hill, CA 95037

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade debt

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

$23,555.68

**3.28 Nonpriority creditor's name and mailing address**

Littler Mendelson
PO BOX 45547
San Francisco, 94145

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

$30,439.43

**3.29 Nonpriority creditor's name and mailing address**

MonoPrice.com
11701 6th Street
Rancho Cucamonga, CA 91730

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

$68.54

**3.30 Nonpriority creditor's name and mailing address**

One Way Industrial Supply, Inc
302 Pine Ave
Goleta, CA 93117

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

$1,826.00

**3.31 Nonpriority creditor's name and mailing address**

Orkin Franchise 925
225 Prado Rd, Suite C
San Luis Obispo, CA 93401

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

$60.00

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.32 **Nonpriority creditor's name and mailing address**

Praxair

Dept. LA 21511
Pasadena, CA 91185

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

$752.31

3.33 **Nonpriority creditor's name and mailing address**

Remington Pure

PO Box 800850
Santa Clarita, CA 91380

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

$80.85

3.34 **Nonpriority creditor's name and mailing address**

Sealeze - A Unit of Jason, Inc

22465 Network Place
Chicago, IL 60673-2246

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

$1,820.00

3.35 **Nonpriority creditor's name and mailing address**

Supertech

P.O. Box 186
Elkhart, IN 46515

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

$1,500.00

3.36 **Nonpriority creditor's name and mailing address**

TalentWise, Inc

PO Box 3876
Seattle, WA 98124

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

$53.50

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.37 **Nonpriority creditor's name and mailing address**

Tekra Corporation, c/o EIS,Inc

8084 Solutions Center
Chicago, IL 60677

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

$ 1,251.00

3.38 **Nonpriority creditor's name and mailing address**

The Tape Casting Warehouse

P.O. BOX 296
Morrisville, PA 19067

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

$ 695.95

3.39 **Nonpriority creditor's name and mailing address**

Thorlabs, Inc.

56 Sparta Ave
Newton, NJ 07860

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

$ 480.00

3.40 **Nonpriority creditor's name and mailing address**

Trump Card

30012 Ivy Glenn Drive, Suite 220
Laguna Niguel, CA 92677

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade debt

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

$ 3,042.31

3.41 **Nonpriority creditor's name and mailing address**

TTS Logistics, Inc.

7556 Trade Street
San Diego, CA 92121

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

$ 1,743.00

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.42 **Nonpriority creditor's name and mailing address**
TWI Group
PO Box 60086
Las Vegas, NV 89160

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$7,446.52

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.43 **Nonpriority creditor's name and mailing address**
UC Regents
501 Westwood Plaza Box 951573
Los Angeles, CA 90095

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$436.75

**Basis for the claim:** ______

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.44 **Nonpriority creditor's name and mailing address**
Uline
PO. Box 88741
Chicago, IL 60680

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$436.75

**Basis for the claim:** Rrade debt

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.45 **Nonpriority creditor's name and mailing address**
Ultrafab, Inc.
1050 Hook Road
Farmington, NY 14425

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$652.50

**Basis for the claim:** ______

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

3.46 **Nonpriority creditor's name and mailing address**
Ventura Highway Inc
P.O.Box 90915
Los Angeles, CA 90009

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$387.04

**Basis for the claim:** Trade debt

**Date or dates debt was incurred** ______

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line ____ ☐ Not listed. Explain ____ | ___ ___ ___ ___ |
| 4.2. | | Line ____ ☐ Not listed. Explain ____ | ___ ___ ___ ___ |
| 4.3. | | Line ____ ☐ Not listed. Explain ____ | ___ ___ ___ ___ |
| 4.4. | | Line ____ ☐ Not listed. Explain ____ | ___ ___ ___ ___ |
| 4.5. | | Line ____ ☐ Not listed. Explain ____ | ___ ___ ___ ___ |
| 4.6. | | Line ____ ☐ Not listed. Explain ____ | ___ ___ ___ ___ |
| 4.7. | | Line ____ ☐ Not listed. Explain ____ | ___ ___ ___ ___ |
| 4.8. | | Line ____ ☐ Not listed. Explain ____ | ___ ___ ___ ___ |
| 4.9. | | Line ____ ☐ Not listed. Explain ____ | ___ ___ ___ ___ |
| 4.10. | | Line ____ ☐ Not listed. Explain ____ | ___ ___ ___ ___ |
| 4.11. | | Line ____ ☐ Not listed. Explain ____ | ___ ___ ___ ___ |
| 4.12. | | Line ____ ☐ Not listed. Explain ____ | ___ ___ ___ ___ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 536,954.20 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 536,954.20 |

**Fill in this information to identify the case:**

Debtor name: iCRco, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (If known): ____________ Chapter 11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| | 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Real Property Lease | Coromar Properties, LLC<br>26 Coromar Drive<br>Goleta CA 93117 |
| | State the term remaining | 2 1/2 years | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name iCRco, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (If known): ____________

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Stephen Neushul | 1195 Camino Manadero (Street)<br>Santa Barbara (City) CA (State) 93111 (ZIP Code) | City National Bank | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | Street<br>City State ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

**UNITED STATES BANKRUPTCY COURT**
**Central District of California**

In re: **iCRco, Inc.**

Case No. ______________

Chapter **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

| | | |
|---|---|---|
| 1. Gross Income For 12 Months Prior to Filing: | $ 13,784,872.00 | |

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---|
| 2. Gross Monthly Income: | | $ 1,095,973.00 |

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ 325,743.00 | |
| 4. Payroll Taxes | N/A | |
| 5. Unemployment Taxes | | |
| 6. Worker's Compensation | | |
| 7. Other Taxes | | |
| 8. Inventory Purchases (Including raw materials) | | |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | |
| 10. Rent (Other than debtor's principal residence) | | |
| 11. Utilities | 13,142.00 | |
| 12. Office Expenses and Supplies | | |
| 13. Repairs and Maintenance | | |
| 14. Vehicle Expenses | | |
| 15. Travel and Entertainment | 11,312.00 | |
| 16. Equipment Rental and Leases | | |
| 17. Legal/Accounting/Other Professional Fees | 59,916.00 | |
| 18. Insurance | | |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | |
| 20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify): | | |
| **Facilities** | 45,667.00 | |
| 21. Other (Specify): | | |
| **Costs of Goods** | 537,020.00 | |
| 22. Total Monthly Expenses (Add items 3 - 21) | **See Attachment 1** | $ 1,087,810.00 |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2) | | $ 8,163.00 |

# Addendum

**Attachment 1**

**Expense: Advertising and Trade Promotion**
**Amount: 31,850.00**

**Expense: General and Administrative**
**Amount: 54,338.00**

**Expense: Depreciation and Amortization**
**Amount: 8,822.00**

**Fill in this information to identify the case and this filing:**

Debtor Name iCRco, Inc.

United States Bankruptcy Court for the: Central District Of California

Case number (*If known*): ______________

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [x] *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- [x] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- [x] *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- [x] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- [x] *Schedule H: Codebtors* (Official Form 206H)
- [x] *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)
- [ ] Amended *Schedule* ________
- [x] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- [x] Other document that requires a declaration Other initial filing documents

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/20/2016
MM / DD / YYYY

✗ [signature]
Signature of individual signing on behalf of debtor

Stephen Neushul
Printed name

Chief Executive Officer
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name iCRco, Inc.

United States Bankruptcy Court for the: Central District of California

Case number (If known): ____________

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2016 (MM / DD / YYYY) | to Filing date | ☒ Operating a business<br>☐ Other | $ 6,575,839.00 |
| **For prior year:** | From 01/01/2014 (MM / DD / YYYY) | to 12/31/2014 (MM / DD / YYYY) | ☒ Operating a business<br>☐ Other | $ 18,828,132.00 |
| **For the year before that:** | From 01/01/2015 (MM / DD / YYYY) | to 12/31/2015 (MM / DD / YYYY) | ☒ Operating a business<br>☐ Other | $ 15,437,000.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From ______ (MM / DD / YYYY) | to Filing date | | $ |
| **For prior year:** | From ______ (MM / DD / YYYY) | to ______ (MM / DD / YYYY) | | $ |
| **For the year before that:** | From ______ (MM / DD / YYYY) | to ______ (MM / DD / YYYY) | | $ |

Debtor iCRco, Inc. Case number (if known)
Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Various (Creditor's name)<br>See attached Schedule (Street)<br>City State ZIP Code | | $ 0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.2. | Creditor's name<br>Street<br>City State ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Stephen Neushul (Insider's name)<br>Street<br>City State ZIP Code<br>**Relationship to debtor**<br>Officer | | $ 0.00 | Stephen Neushul has received annual salary of $200,000, and repayment of loan in the approximate monthly amount of $30,000 |
| 4.2. | Insider's name<br>Street<br>City State ZIP Code<br>**Relationship to debtor** | | $ | |

Debtor iCRco, Inc. Case number (if known)
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Creditor's name; Street; City State ZIP Code | | | $ |
| 5.1. Creditor's name; Street; City State ZIP Code | | | $ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name; Street; City State ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | $ |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Valentine v. iCRco, Inc.<br>Case number<br>BC465193 | | Superior Court, Los Angeles County<br>Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☒ On appeal<br>☐ Concluded |
| 7.2. | Konica Minolta, Inc. v. iCRco, Inc.<br>Case number<br>2:15-CV09881-RSWL | District Court-CD CA | Name<br>Street<br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

See Attachment 1

Debtor iCRco, Inc.
Name

Case number (if known)

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name<br>Street<br>City State ZIP Code | Case title<br>Case number<br>Date of order or assignment | $<br>Court name and address<br>Name<br>Street<br>City State ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1 | Recipient's name<br>Street<br>City State ZIP Code<br>Recipient's relationship to debtor | | | $ |
| 9.2 | Recipient's name<br>Street<br>City State ZIP Code<br>Recipient's relationship to debtor | | | $ |

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

Debtor iCRco, Inc.
Name

Case number (if known)

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1 | Beall & Burkhardt, APC | retainer paid | | $ 50,000.00 |
| | **Address** | | | |
| | 1114 State Street, Suite 200 (Street) | | | |
| | Santa Barbara (City) CA (State) 93101 (ZIP Code) | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2 | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City State ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Debtor iCRco, Inc.
Name

Case number (if known)

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Mark Valentine | Judgment lien obtained | 8/4/2016 | $ |
| | **Address**<br>Street<br><br>City State ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Who received transfer?** | | | $ |
| 13.2. | | | | |
| | **Address**<br>Street<br><br>City State ZIP Code | | | |
| | **Relationship to debtor** | | | |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | 2580 W. 237th Street<br>Street<br><br>Torrance CA 90505<br>City State ZIP Code | From 01/01/2007 To 06/01/2015 |
| 14.2. | Street<br><br>City State ZIP Code | From To |

Debtor iCRco, Inc. Case number (if known)
Name

## Part 8: Healthcare Bankruptcies

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

[x] No. Go to Part 9.

[ ] Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name<br>Street<br>City State ZIP Code | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br>*Check all that apply:*<br>[ ] Electronically<br>[ ] Paper |
| 15.2. | Facility name<br>Street<br>City State ZIP Code | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br>*Check all that apply:*<br>[ ] Electronically<br>[ ] Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

[x] No.

[ ] Yes. State the nature of the information collected and retained.

Does the debtor have a privacy policy about that information?

[ ] No

[ ] Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

[ ] No. Go to Part 10.

[x] Yes. Does the debtor serve as plan administrator?

[ ] No. Go to Part 10.

[x] Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

[x] No

[ ] Yes

Debtor iCRco, Inc. Case number (if known)
Name

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name<br>Street<br>City State ZIP Code | XXXX– | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | | $ |
| 18.2. | Name<br>Street<br>City State ZIP Code | XXXX– | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | | $ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

Debtor iCRco, Inc. Case number (if known)

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | | | $ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | Name<br>Street<br>City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

Debtor iCRco, Inc. Case number (if known) ____________
Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From ______ To ______ |
| 25.2. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From ______ To ______ |
| 25.3. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>Dates business existed<br>From ______ To ______ |

Debtor iCRco, Inc.
Name

Case number (if known)

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Alex Loos<br>Name<br><br>Street<br><br>City State ZIP Code | From ______ To ______ |
| 26a.2. | Name<br><br>Street<br><br>City State ZIP Code | From ______ To ______ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Mark Tackman, Brigante, Cameron, Watters and Strong, LLP<br>Name<br>18500 Von Karman<br>Street<br><br>Irvine CA 92612<br>City State ZIP Code | From ______ To ______ |
| 26b.2. | Name<br><br>Street<br><br>City State ZIP Code | From ______ To ______ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Name<br><br>Street<br><br>City State ZIP Code | |

Debtor iCRco, Inc.
Name

Case number (if known)

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Name<br>Street<br><br>City State ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| 26d.2. Name<br>Street<br><br>City State ZIP Code |

| Name and address |
|---|
| 26d.2. Name<br>Street<br><br>City State ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | 07/31/2016 | $ 3,050,373.11 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. Name<br>Street<br><br>City State ZIP Code |

Debtor iCRco, Inc.
Name

Case number (if known)

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | 08/31/2016 | $ 3,025,405.08 |

Name and address of the person who has possession of inventory records

27.2.
Name
Street
City State ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Stephen Neushul | See Attachment 2 | See Attachment 2 | 100 |
| | | | |
| | | | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Stephen Neushul<br>Name<br>Street<br>City State ZIP Code<br>**Relationship to debtor**<br>President, etc. | | Salary, paid $200,000 per annum See Attachment 3 | |

Debtor iCRco, Inc.
Name

Case number (if known)

**Name and address of recipient**

Name

Street

City State ZIP Code

**Relationship to debtor**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- [x] No
- [ ] Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- [ ] No
- [x] Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| ICRCO, INC. 401(k) PLAN | EIN: 3 2 – 0 1 1 3 6 0 1 |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09 20 2016
MM / DD / YYYY

✗ [signature]
Signature of individual signing on behalf of the debtor

Printed name Stephen Neushul

Position or relationship to debtor Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

- [ ] No
- [x] Yes

# Attachment
## Debtor: iCRco, Inc. Case No:

Attachment 1

Case Title: Collins v. iCRco, Inc.
Case Number: 01-15-0006-0111
Status of Case: Pending

Attachment 2

1195 Camino Manadero, Santa Barbara, CA 93111

Attachment 2

President, CEO, 100% shareholder, director - Common stock

Attachment 3

Loan repaid through funding of IMD payroll
icRco paid corporate income taxes owed by Stephen Neushul as icRco is a S Corporation
A sister corporation-Coromar Properties, LLC-owned by Stephen Neushul, has received rent of $40,000.00 per month from petitioner.

## iCRco, Inc. - June 21, 2016 to September 19, 2016 - Checks & Wires over $6,225

| Check Number | Check Date | Vendor Number | Name | Check Amount | Note |
|---|---|---|---|---|---|
| WT0622 | 6/22/2016 | 0014050 | Hamamatsu Corporation | 26,130.00 | Wire Transfer |
| 160623 | 6/23/2016 | 0005630 | Coromar Properties LLC | 40,000.00 | Transfer |
| WT0623 | 6/23/2016 | 0016925 | JAMS HR Solutions | 8,628.26 | Wire Transfer |
| 038108 | 6/24/2016 | 0005080 | Cambridge Technology, Inc. | 13,500.00 | |
| 038115 | 6/24/2016 | 0010150 | FedEx | 6,951.08 | |
| 038119 | 6/24/2016 | 0015115 | IED Group Inc. | 21,140.75 | |
| 038122 | 6/24/2016 | 0017700 | JSI Customized Logistics Sol. | 6,426.09 | |
| 038124 | 6/24/2016 | 0019100 | Kallman Worldwide, Inc. | 13,997.50 | |
| 038133 | 6/24/2016 | 0027286 | Perkins Elmer Holdings ASI | 15,500.00 | |
| WT0628 | 6/28/2016 | 0022750 | Multi Ply | 12,540.00 | Wire Transfer |
| 038146 | 6/30/2016 | 0001400 | AFCO | 13,671.80 | |
| 038154 | 6/30/2016 | 0003680 | Bayless Engineering & Mfg | 7,875.00 | |
| 038156 | 6/30/2016 | 0005080 | Cambridge Technology, Inc. | 13,500.00 | |
| 038163 | 6/30/2016 | 0008660 | Elite Metal Finishing LLC | 11,827.76 | |
| 038171 | 6/30/2016 | 0015115 | IED Group Inc. | 7,018.75 | |
| 038192 | 6/30/2016 | 0036605 | TWI Group | 7,758.83 | |
| WT0630 | 6/30/2016 | 0021456 | ET-Project Asia Pacific Limite | 8,119.11 | Wire Transfer |
| 160707 | 7/7/2016 | 0005630 | Coromar Properties LLC | 40,000.00 | Transfer |
| 038203 | 7/8/2016 | 0002040 | Anthem Blue Cross | 28,313.45 | |
| 038208 | 7/8/2016 | 0007135 | DEL MEDICAL | 12,960.00 | |
| 038209 | 7/8/2016 | 0007160 | Dell Marketing L.P. | 14,229.05 | |
| 038221 | 7/8/2016 | 0021105 | LYNN Products Inc. | 18,256.30 | |
| 038225 | 7/8/2016 | 0027286 | Perkins Elmer Holdings ASI | 15,500.00 | |
| 038226 | 7/8/2016 | 0027630 | Plascore Inc. | 16,398.12 | |
| WT0708 | 7/8/2016 | 0022750 | Multi Ply | 8,020.00 | Wire Transfer |
| 038245 | 7/15/2016 | 0003540 | Thomson BSA | 6,249.75 | |
| 038246 | 7/15/2016 | 0003960 | Brigante, Cameron, Watters | 8,920.00 | |
| 038252 | 7/15/2016 | 0007160 | Dell Marketing L.P. | 6,731.55 | |
| 038253 | 7/15/2016 | 0007570 | ERC Co. | 8,232.00 | |
| 038257 | 7/15/2016 | 0010455 | Force Fabrication Inc. | 8,980.25 | |
| 038259 | 7/15/2016 | 0014005 | Haas Factory Outlet - Ananeim | 7,249.22 | |
| 038260 | 7/15/2016 | 0015115 | IED Group Inc. | 9,879.25 | |
| 038268 | 7/15/2016 | 0027286 | Perkins Elmer Holdings ASI | 31,000.00 | |
| 038271 | 7/15/2016 | 0030300 | RSNA | 44,625.00 | |
| 038275 | 7/15/2016 | 0033700 | Southern California Edison | 8,874.22 | |
| 038278 | 7/15/2016 | 0036605 | TWI Group | 6,283.06 | |
| 160715 | 7/15/2016 | 0005630 | Coromar Properties LLC | 40,000.00 | Transfer |
| DT0717 | 7/17/2016 | 0001815 | American Express 9-22007 | 13,934.06 | Direct Debit |
| 038282 | 7/18/2016 | 0001440 | AGFA | 30,083.08 | |
| WT0718 | 7/18/2016 | 0014050 | Hamamatsu Corporation | 7,065.00 | Wire Transfer |
| WT0718 | 7/18/2016 | 0022750 | Multi Ply | 7,660.00 | Wire Transfer |
| WT0719 | 7/19/2016 | 0001445 | AGFA HealthCare NV | 27,855.59 | Wire Transfer |
| 038295 | 7/25/2016 | 0005080 | Cambridge Technology, Inc. | 17,750.00 | |
| 038300 | 7/25/2016 | 0007160 | Dell Marketing L.P. | 9,939.00 | |
| 038307 | 7/25/2016 | 0015115 | IED Group Inc. | 6,708.50 | |
| 038308 | 7/25/2016 | 0015200 | IGUS, Inc. | 8,500.80 | |
| 038309 | 7/25/2016 | 0015336 | Industrial Metal Supply Co | 13,314.28 | |
| 038313 | 7/25/2016 | 0021105 | LYNN Products Inc. | 14,063.84 | |
| 038319 | 7/25/2016 | 0027286 | Perkins Elmer Holdings ASI | 46,500.00 | |
| 038324 | 7/25/2016 | 0036605 | TWI Group | 6,727.64 | |
| WT0726 | 7/26/2016 | 0016925 | JAMS HR Solutions | 7,897.76 | Wire Transfer |
| 038329 | 7/27/2016 | 0027286 | Perkins Elmer Holdings ASI | 20,000.00 | |

## iCRco, Inc. - June 21, 2016 to September 19, 2016 - Checks & Wires over $6,225

| Check Number | Check Date | Vendor Number | Name | Check Amount | Note |
|---|---|---|---|---|---|
| WT0729 | 7/29/2016 | 0021456 | ET-Project Asia Pacific Limite | 8,704.31 | Wire Transfer |
| 038330 | 8/1/2016 | 0027286 | Perkins Elmer Holdings ASI | 62,000.00 | |
| 038331 | 8/1/2016 | 0027286 | Perkins Elmer Holdings ASI | 31,000.00 | |
| 038332 | 8/1/2016 | 0027286 | Perkins Elmer Holdings ASI | 33,604.70 | |
| 038340 | 8/2/2016 | 0007160 | Dell Marketing L.P. | 8,530.00 | |
| 038363 | 8/5/2016 | 0002040 | Anthem Blue Cross | 34,832.08 | |
| 038370 | 8/5/2016 | 0007160 | Dell Marketing L.P. | 9,147.50 | |
| 038381 | 8/5/2016 | 0017700 | JSI Customized Logistics Sol. | 7,503.37 | |
| 038385 | 8/5/2016 | 0021105 | LYNN Products Inc. | 18,267.25 | |
| 038387 | 8/5/2016 | 0021355 | Lewellen And Best Exhibits | 17,479.51 | |
| WT0809 | 8/9/2016 | 0001445 | AGFA HealthCare NV | 22,387.04 | Wire Transfer |
| 038409 | 8/15/2016 | 0003960 | Brigante, Cameron, Watters | 13,505.00 | |
| 038410 | 8/15/2016 | 0005080 | Cambridge Technology, Inc. | 17,750.00 | |
| 038416 | 8/15/2016 | 0010455 | Force Fabrication Inc. | 8,229.00 | |
| WT0816 | 8/16/2016 | 0014050 | Hamamatsu Corporation | 29,479.04 | Wire Transfer |
| WT0816 | 8/16/2016 | 0022750 | Multi Ply | 27,920.00 | Wire Transfer |
| DT0817 | 8/17/2016 | 0001815 | American Express 9-22007 | 24,965.84 | Direct Debit |
| WT0817 | 8/17/2016 | 0001445 | AGFA HealthCare NV | 104,735.90 | Wire Transfer |
| 038445 | 8/22/2016 | 0014120 | Harry E. Hagen | 10,723.29 | |
| 038461 | 8/22/2016 | 0033700 | Southern California Edison | 9,123.32 | |
| 038462 | 8/22/2016 | 0034173 | Superior 3D Solutions | 13,500.00 | |
| 038468 | 8/24/2016 | 0001440 | AGFA | 34,938.34 | |
| 038470 | 8/26/2016 | 0005155 | Catherine J.Rowlett | 8,859.00 | |
| 038471 | 8/26/2016 | 0007160 | Dell Marketing L.P. | 7,135.34 | |
| 038484 | 8/29/2016 | 0019100 | Kallman Worldwide, Inc. | 13,997.50 | |
| 038489 | 8/29/2016 | 0027286 | Perkins Elmer Holdings ASI | 17,000.00 | |
| 038490 | 8/30/2016 | 0021060 | Littler Mendelson P.C. | 21,807.95 | |
| 038496 | 9/2/2016 | 0034105 | Summit Industries | 16,119.00 | |
| 160902 | 9/2/2016 | 0005630 | Coromar Properties LLC | 40,000.00 | Transfer |
| 038497 | 9/6/2016 | 0002040 | Anthem Blue Cross | 28,062.21 | |
| WT0907 | 9/7/2016 | 0022750 | Multi Ply | 33,770.00 | Wire Transfer |
| 038499 | 9/9/2016 | 0007160 | Dell Marketing L.P. | 29,209.35 | |
| 038500 | 9/9/2016 | 0008799 | Engineered Packaging Solutions | 21,358.00 | |
| 038503 | 9/9/2016 | 0015115 | IED Group Inc. | 29,235.50 | |
| 038507 | 9/12/2016 | 0001440 | AGFA | 12,449.77 | |
| WT0913 | 9/13/2016 | 0014050 | Hamamatsu Corporation | 22,000.00 | Wire Transfer |
| 038526 | 9/14/2016 | 0015115 | IED Group Inc. | 9,738.75 | |
| 038537 | 9/14/2016 | 0033700 | Southern California Edison | 8,760.59 | |
| 038543 | 9/14/2016 | 0036460 | Trump Card | 6,287.09 | |
| 038555 | 9/16/2016 | 0015115 | IED Group Inc. | 8,836.75 | |
| 038556 | 9/16/2016 | 0015200 | IGUS, Inc. | 6,324.52 | |
| 038569 | 9/16/2016 | 0036460 | Trump Card | 6,998.89 | |
| 160916 | 9/16/2016 | 0005630 | Coromar Properties LLC | 40,000.00 | Transfer |
| WT0916 | 9/16/2016 | 0016925 | JAMS HR Solutions | 11,497.30 | Wire Transfer |
| DT0917 | 9/17/2016 | 0001815 | American Express 9-22007 | 23,196.67 | Direct Debit |
| WT0919 | 9/19/2016 | 0014050 | Hamamatsu Corporation | 11,000.00 | Wire Transfer |
| WT0919 | 9/19/2016 | 0001322 | ADRC, Kyung Hee University | 19,600.00 | Wire Transfer |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## CENTRAL DISTRICT OF CALIFORNIA

**In re** icRco, Inc

Case No. ______________

**Debtor** Chapter 11

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $______________

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . $ 50,000.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $______________

2. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [Other provisions as needed]
Compensation to be determined by Court on fee application

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

9/20/16 ______________________ *Date*

William C. Beall ______________________ *Signature of Attorney*

Beall & Burkhardt, APC
*Name of law firm*